DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAND TRUST SERVICE CORP.,**
Appellant,

v.

**2377 POMPANO LLC,**
Appellee.

No. 4D22-1565

[June 22, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE16-014981.

Richard G. Chosid of Law Office of Richard G. Chosid, Lighthouse Point, for appellant.

Brian Abelow and Robert P. Gaines of Benson, Mucci & Weiss, P.L., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***